

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Desean Laverne McPherson

No. 06-20-00092-CR

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27362). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morris and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we reverse the trial court's order denying the relief requested by appellant in his application for a writ of habeas corpus. Because appellant's appellate counsel was ineffective, he is entitled to an out-of-time appeal of his judgment of conviction for tampering with or fabricating physical evidence to address the issue of whether the State proved that appellant concealed or attempted to conceal the contraband. We remand this case to the trial court for entry of such an order. The order should make clear that, should appellant wish to prosecute a new appeal, he must file a written notice of appeal in the trial court within thirty days after the mandate of this Court issues.

We note that the appellant, Desean Laverne McPherson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 12, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk